AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      FLORIDA

| UNITED STATES OF AMERICA<br>V.<br>OTIS FURMAN CRABBE | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 24-14037-CR-DMM |
|---|---|

| PRESIDING JUDGE<br>DONALD M. MIDDLEBROOKS | PLAINTIFF'S ATTORNEY<br>Breezye Telfair | DEFENDANT'S ATTORNEY<br>Renee Sihvola / Scott Berry |
|---|---|---|
| TRIAL DATE (S)<br>1/27/2025 - 1/28/2025 | COURT REPORTER<br>Jill Wells | COURTROOM DEPUTY<br>Genevieve McGee Wilner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 1/27/2025 | X | X | Photo of Safe in trunk of car |
| | 2 | 1/27/2025 | X | X | Photo of trunk of car with suitcase and other items |
| | 3 | 1/28/2025 | X | X | Photo of inside of suitcase |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages